FILED

AUG 1 1 2026

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

UNITED STATES OF AMERICA          )
                                  )
          v.                      )          Case No: 2:26mj258
                                  )          Court Date: September 3, 2026
                                  )
STEPHEN C. CROMARTIE,             )
          Defendant.              )

## CRIMINAL INFORMATION

### COUNT ONE
Misdemeanor – Violation Notice 9103012

THE UNITED STATES ATTORNEY CHARGES:

That on or about June 25, 2026, at Naval Air Station Oceana, Virginia Beach, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, STEPHEN C. CROMARTIE, did willfully and knowingly steal and personal property of another, to wit: a wallet and cash valued at less than $1,000.00.

(In violation of Title 18, United States Code, Section 661.)

### COUNT TWO
Misdemeanor

THE UNITED STATES ATTORNEY CHARGES:

That on or about June 25, 2026, at Naval Air Station Oceana, Virginia Beach, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, STEPHEN C. CROMARTIE, did unlawfully enter upon a naval installation for a purpose prohibited by law or lawful regulation, to wit: to willfully and knowingly steal and purloin personal property of another valued less than $1,000.00 in violation of Title 18, United States Code, Section 661.

(In violation of Title 18, United States Code, Section 1382.)

Respectfully submitted,

Todd. W. Blanche
Acting Attorney General

*Taryn M. Meeks*

Taryn M. Meeks
Special Assistant U.S. Attorney
U.S. Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Phone: (757) 441-6338
Email: Taryn.Meeks2@usdoj.gov

## CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

*Taryn M. Meeks*

Taryn M. Meeks
Special Assistant U.S. Attorney
U.S. Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Phone: (757) 441-6338
Email: Taryn.Meeks2@usdoj.gov

August 11, 2026

Date